# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JARVIS BROWN                                        CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                    NO. 20-00410-BAJ-SDJ

## RULING AND ORDER

Before the Court is pro se Plaintiff's Complaint initially filed on June 26, 2020. **(Doc. 1).** On October 19, 2021, the Magistrate Judge issued an Order to Show Cause why Plaintiff's claims should not be dismissed for failure to serve Defendants. (Doc. 7). Plaintiff never replied. The Magistrate Judge has issued a **Report and Recommendation (Doc. 12)**, recommending that the Court dismiss Plaintiff's complaint with prejudice for failure to serve Defendants as required by Federal Rule of Civil Procedure 4(m). There are no objections to the Magistrate Judge's Report.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

1

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendants James M. LeBlanc; Darrel Vannoy, Unknown Turner, and J. Tillery be and are hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

Baton Rouge, Louisiana, this _14th_ day of April, 2022

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**